FILED

1  Name: BEATRICE M. UWAMARIYA
2  Address: 11055 Alamo Rd
3  Loma Linda, CA 92354
4  Phone: 909 893-9090
5  Plaintiff In Pro Per ✓

2024 OCT 11  PM 4:05

6
7        UNITED STATES DISTRICT COURT
8        CENTRAL DISTRICT OF CALIFORNIA
9        ED CV 24 - 02181-JGB(SHKx)

10  BEATRICE M. UWAMARIYA )  Case No.:
11        PLAINTIFF,      )  (To be supplied by the Clerk)
                          )  COMPLAINT FOR: ☑ Other
12     vs. Honorable      )  Fraud on the Court Fraud
13  Chief Justice Guerrero )  voids all orders of 7/20/23 of 11/30/2021
14  Presiding Justice Ramirez ) of April 4 2022. Judgement
15  Justice Miller        )  was obtained on Court
                          )  Minute Order, Lack of jurisdiction
16  Justice Fields        )  voids orders. Court did not
17  Presiding Judge Lisa M. Rogan ) have authority to hear this case
                          )  without a Substitution of Attorney
                          )  Jury Trial Demanded  Yes legal &
18        DEFENDANT(S).   )  valid.
19  Please see next page  )

20
21           **I. JURISDICTION**

22  1. This Court has jurisdiction under 28 U.S.C § 1331/§1332
23  Jurisdiction arises pursuant to 18 U.S.C §3491 §3492 §3494
24      "     "     "     to 18 U.S.C §1001 False statement
25      "     "     "     to 18 U.S.C § 3663 - 5 years statute of limitation
26      "     "     To Bivens claims A civil
27  Lawsuits for monetary damages against federal officials
28  Chapter 6 Post Judgement 1(a) Settlement §962
    Rule 60. Relief Judgement [(a)(b)(1)(2)(3)(4)(6)(c)(d)(1)
    Penal Code §118 PC = Perjury. Penal Code 186 PC  (3)]

Pro Se Clinic Form                    Page Number
                                         (1)

Name: BEATRICE M. UWAMARIYA
Address: 11055 Alamo Rd
Loma Linda, CA 92354
Phone: 909 893 9090
Plaintiff In Pro Per ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BEATRICE M. UWAMARIYA )  Case No.: _____ (To be supplied by the Clerk)
PLAINTIFF, )  COMPLAINT FOR: ☑ Other Fraud (cont)
vs. Honorable )  For Ms. Beatrice M.
18- Judge Steven J. Singley )  Uwamariya to receive
19- Judge Joel S. Agron )  Restitution, Compensation
20- Mr. Enias Baganizi )  Relief for 21 years of $7 Millions
21- MJ Drew Srivastan )  U.S.D, for S.B to pay taxes &
_____ )  Attorney. For Annulment
_____ )  Jury Trial Demanded  yes ✓
DEFENDANT(S). )

## I. JURISDICTION

1. This Court has jurisdiction under 28 U.S.C § 1331 / § 1332 Jurisdiction arises Pursuant to 18 U.S.C § 641 Embezzlement To claims against Public entities and Employees [§810-983] Judgement using Fam code 2210 to receive Annulment and as a Putative wife, Innocent victim to receive spousal support, Retirement, Division of properties and using Fam code 2120 Actual Fraud, Perjury, Duress, failure to comply with Requirement of Financial disclosure

Pro Se Clinic Form                    Page Number (b)

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. §1391, Fraud on the court voids all orders and Judgement to void 7/20/23 Judgement. ON 11/30/2021 Judge Singley Ruled on Mr. Baganizi Fraud by asking the Depart. of Child support services to get his salaries. It is when I learned of It's Fraud, and Fraud Felony confirmed. He (him) was signing his 2 weeks salaries as his monthly salaries under oath on I&E.

## III. PARTIES

3. Plaintiff's name is BEATRICE M. UWAMARIYA Plaintiff resides at: 11055 Alamo Rd, Loma Linda, CA 92354
Tel = 909 893-9090

4. Defendant Honorable Chief Justice Guerrero Presiding the California Supreme Court 350 Mc. Alister St - Room 1295
Tel 415 865-7000

5. Defendant Honorable Presiding Justice Ramirez
  "     Justice Miller,
  "     "     Fields
The State of California Riverside Appeal court Fourth Appellate, Second Division - Tel 951 782-2500
3389 12th St. Riverside, CA 92501

2(a)

___. Defendant Presiding Judge Lisa M. Rogan
Insert ¶ #

247 West Street, Eleventh Floor
San Bernardino, CA 92415-0302
Tel 909 501-3635

___. Defendant Honorable Judge Steven J. Singley
Insert ¶ #

8303 Heaven Ave,
Rancho Cucamonga, CA 91730
Tel 909 350 9764
Judge Singley was moved to Rancho from S.B County S. Court.

___. Defendant Honorable (an)Judge Joel S. Agron
Insert ¶ #

351 North Arrowhead Avenue
San Bernardino CA 92415-0245
Tel 909 521-3126

___. Defendant The State Bar of California Any
Insert ¶ #

845 S. Figueroa St. Los Angeles
Los Angeles, CA 90017
Tel 213 765 1000 or
         415 538 2000 San Francisco

3

Pro Se Clinic Form                    Page Number

## IV. STATEMENT OF FACTS

☑ **370 : Other Fraud.**
Fraud on the Court voids all orders, and Judgement of 7/20/23, which was obtained on Court Minute Order, not on signed Final Order by Judge Singley, for Ms. Uwamariya to win, receive Restitution, Compensation, Relief of $70 Millions U.S.D from The State of California San Bernardino County Superior Court. Ms. Srivastav is not a well trained Attorney. For S-B Court Superior court to pay for TAXES & for Attorney Fees

\_\_\_. Form APP-004 filed on February 8, 22 at the State of California Riverside Appeal Court Forth Appellate, Second Division by Ms. Uwamariya jointly attached is a court minute order. Everyone who has signed the Opinion, the Remittitur, the Review seen it was a court minute order, not a signed Judge Final Order, only allowed to be addressed to receive Opinion, Review, Remittitur and Judgement.

\_\_\_. The Recent 7/20/23 Judgement, give Ms. Uwamariya all rights to set aside Judgement using Family Code Section § 2122 by Duress. Ms. Uwamariya was refused an advance from Mr. Baganizi to pay for an Attorney, to receive justice in fairness, knowing Ms. Uwamariya is injured by Mr. Baganizi battery and teeth bitting, back, spinal cord and neck nerves and there is a disparity of income.

4

the CA Fam-Code § 2210 governs annulment, Lack of Consent due to fraud Marriage, Ms Uwamariya wasn't aware. The state of California, San Bernardino County Superior Family court knows Ms. Uwamariya is asking for annulment with right to property division, Retirement benefits, spousal support from Mr Baganizi salaries due to being a Putative Spouse/innocent Victim has incurred Attorney's fees. Every court hearing includes the right and aid of counsel, so desired. Even the intelligent, and educated layman is not skilled in the science of law and needs the advice and direction of competent counsel. The State of California, San Bernardino County Superior Family court judge has refused to make me "Whole" as the San Bernardino County Hall of Records has asked them after figuring out Mr Baganizi has raised his right hand under OATH to marry me on 12/29/2002, knowing he is a still married man in Canada with Ms. Caroline Musabe which is Bigamy, Sham Marriage, Fraud Marriage, and Perjury. Ms. Uwamariya was able to figure out schemes, trickery, games, illusions played by all courts personnel & Honorable Judges involved in this case because I (am) took Business Law classes similar to law classes to know when Ms. Srivastav told false statements to Judge Singley, Judge Agron, her lies were accepted into court who made her win by Fraud on the court, to void All orders & Judgement on this case entirely.

5

Pro Se Clinic Form        Page Number

Honorable:

___. Chief Justice Guerrero of the State of CA Supreme Court, Presiding Justice Ramirez, Justice Miller, Justice Fields of the state of CA Riverside Appeal court, Presiding Judge Lisa M. Rogan, Judge Steven J. Singley, Judge Joel S. Agron of the state of California San Bernardino County Superior Court CANNOT TRY our case differently. If everyone from overseas

___. Must file in ALL 50 U.S. States County Superior court, the State of California San Bernardino county superior included. Overseas documents to prevent fraud, must be Original, signed with a wet signature Notarized, certified, authenticated by U.S. State Department in Washington DC, U.S Embassy, Department of Consular Affairs, and Exemplified by the Secretary of State of CA. (18 U.S code § 3491, 18 U.S. Code § 3492, 18 USC § 3494)

___. In our case was supposed to be done by U.S. Embassy in Mali, in Congo, in Ethiopia, in India and was not done in the entire case FAMSS805778, E078282 and E078948 S280295, and S283118, they Both lives overseas, for Ms. Uwamariya to win this case of injustice receive Restitution, Compensation, Relief for $70 Millions for allowing Fraud to happen on this entire case.

6

## V. CAUSES OF ACTION

**FIRST CAUSE OF ACTION** Jurisdiction

Arises Pursuant to California Code § 815.2; Bivens Action

*insert title of cause of action*

(As against Defendant(s): Chief Justice Guerrero, Presiding Justice Ramirez, Justice Miller, Justice Fields, Presiding Judge Rogan, Judge Singley, Judge Aaron, Mr. Enias Baganizi, Ms. Indu Srivastav

___. When the public entity is liable for injury proximately caused by an act of omission of an employee of the public entity within the scope of his employment, Honorable Judge Steven J Singley allowing Ms. Srivastav he has never seen Appealing Mr. Baganizi

___. In front of him, without A substitution of Attorney from overseas not original, not (Pm) signed with a wet signature, not notarized, not certified, Unauthenticated by U.S Embassy in Mali, in Congo, in Ethiopia, in India has committed fraud on the court. There is no contract. All Ms. Srivastav Allegations declarations Briefs to be NULL and void. for Ms. Unymanys to win this case (Pm)

___. Bivens claims is a civil Right lawsuits for monetary damages against federal officials federal Employees, when civil rights have (Pm) been constitutionally violated by Federal Employees The Bivens claims will allow me to recover compensation for my loss for 21 years.

7

Pro Se Clinic Form                    Page Number

## THIRD CAUSE OF ACTION

(Jurisdiction arises pursuant to 18 U.S.C § 1001)
*insert title of cause of action*

(As against Defendant(s): Chief Justice Guerrero, Presiding Judge Ramirez, Justice Miller, Justice Fields, Presiding Judge Rogan, Judge Singley, Judge Aaron, Mr. Bapanizi, Ms. Srivastav

___. All Honorable Justices, and Honorable Judges have allowed Ms. Srivastav a Telemarketer Attorney from India they have never seen in front of them when Orange County is within 45 minutes drive to Riverside, one hour to San Bernardino, and 8 hours to San Francisco. All Ms. Srivastav case were fraudulently entered into court by hackers, Unexistent Deputy with a Fax stamp? Without U.S. Embassy in India Registration stamp, because she is not allowed to work without a valid work permit even when she claims to have a valid law license, received on erased line not continuous form she has fabricated from State Bar of CA.

___. All Honorable Justices, and Honorable Judges have made Ms. Srivastav win my case without merit for her to launder money overseas to India, monies Mr. Bapanizi owes me and our son child support and Arrears owed to custodial parent; Ms. Uwamanyg, even when a child has turned 18 years old. It is all lies untruth false statement Ms. Srivastav told Judge Singley to steal San Bernardino innocent families they have targeted. Child support Attorneys will never allow anyone to start a case (Cont next page)

### THIRD CAUSE OF ACTION

(Jurisdiction arises pursuant to 18 U.S.C §1001)

*insert title of cause of action*

(As against Defendant(s): Justice Guerrero, Prending Judge Ramirez, Justice Miller, Justice Fields, Prending Judge Rosan, Judge Singley, Judge Agron, Mr. Baganizi, Ms. Srivastav

___. When a child has turned 18 years old (their computer system won't allow it) But in meantime if child turn 18 years old, It is okay for Judge to change current Miscalculation for July, August and September 2021 to $8,459.00 per month x 3 months, and 11 years arrears Total $1,120,000.00 Mr. Baganizi by perjury has been singing under oath

___. His 2 weeks pay check as his montly salary on Income and expenses, which is proof of Perjury. And Judge Singley asking the Department of child support to go get his salaries because World Bank is an International overseas organization Charged Mr. Baganizi Fraud into Felony Fraud.

___. The Department of child support couldn't address a minute court order because Ms. Srivastav isn't a well trained attorney to obtain A Judge Final court order and, I was refused an advance from Mr. Baganizi for an Attorney. All of April 4/2022 Ruling were supposed to be a Default Judgement 473, Rule 55(d) Mr. Baganizi and Ms. Srivastav were no show, no call. On 9/28/23 Ms. Srivastav False statement that the case is still pending in court, when the case was received in S-B court on 7/20/23 for Ms. Srivastav to Delay the status of limitation on Judge Duncan. And for Judge Agron to have been continuing a case he has ruled on 1/18/24 to November 6 - 2024

Pro Se Clinic Form        Page Number  9 (10)

## FOURTH CAUSE OF ACTION

(Jurisdiction arises to pursuant 18 U.S.C § 641)
*insert title of cause of action*

**(As against Defendant(s):** Chief Justice Guerrero, Presiding Justice Ramirez, Justice Miller, Justice Fields, Presiding Judge Rogan, Judge Singley, Judge Agron, Mr Bapanizi, Ms Srivastav

Insert ¶ # **1643 – Property protected by 18 U.S.C 641**

The property encompassed by 18-U.S.C § 641 is also defined in broad terms. Section 641 protects any record, voucher, money or thing of value of the United States or any department or agency. San Bernardino Hall of Records sent me to Family Court to receive Justice, after finding Mr Bapanizi

Insert ¶ # Under oath, raised his right hand to marry me knowing he is a still married man in Canada, the case has been going on for 3 years because Judge Singley has not ruled on monies owed to Ms. Uwamariya on November 30, 2021.

Insert ¶ # Mr. Bapanizi was found to have been Embezzling United Nations moneys and has provided copies to this court, because he has also been Embezzling my son's money a U.S. Naval officer who has been paying his earnings to keep us afloat with his brother. Because Judge Singley and Judge Agron have failed to make Mr Bapanizi accountable to repay us back all monies owed, what I was supposed to work for if not injured by his fist and teeth. He only paid $1,198.00 for 8 years and $2,214.00 for 3 years per month while making $135,000.00 (35K) per month to being $8,459.00 per month for 11 years in

Pro Se Clinic Form     Page Number   10
/footer

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Honorable Justices,

Insert ¶ #: It is an Honor and a Privilege to be given a chance to address the Central District Court of California to request for Justice on a case of fraud Marriage of Mr. Elias Bapaniz who Intentionally with Premeditation with malice Married me while still married to his wife in Canada, Ms. Caroline M. Hellas

Insert ¶ #: able to defraud San Bernardino County of Valid Marriage, to steal a Green Card from me/ Citizenship to obtain prestigious jobs he was after in America, to defraud Ms. Beatrice Wamariy's Assets to leave her destitute, injured due to his violence, back, spinal cord injury,

Insert ¶ #: neck nerves to prevent her from working (Bm) making money to sue him which constitute Hate and Fraud crimes. San Bernardino County Superior Court Judges instead of holding him Responsible to repay back all, and pay Restitution Compensation to have married me to a con man

Insert ¶ #: Violent, sex addict, with false claims He has been stealing and embezzling money, they sided with him for them to be the one receiving our moneys by Bribery, Corruption, white collar crimes. (Bm) Ms Srivastav She is a Telemarketer Attorney they have never seen to with to launder Moneys overseas. I am kindly asking for justice on this case of Miscarriage of Justice —

(12) 11 pm

Pro Se Clinic Form         Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

As you can see, Mr. Enias Bapanizi by raising his Right hand under oath, knowing the divorce document aren't from a family Judge in Canada, but are from a Bailiff in Mali (by Law), He knew he was defrauding San Bernardino County of a valid Marriage to steal everything from Ms. Uwamanya which is Perjury, Fraud, Sham Marriage, Bigamy, Misrepresentation. The fact that he moved me and my 2 sons minor, father orphan's to Atlanta Georgia, constitue kidnapping by fraud Marriage, Slavery and Rape, because the Marriage consent was obtained by Fraud, to receive Annulment, and as Innocent, a Putative Spouse to receive spousal support, Retirement, properties Division, Salaries from Mr. Bapanizi, To Receive Restitution, Compensation, Relief of Victim $70 Millions. For 21 years San Bernardino County by negligence failed to check like in other cases of overseas Marriage if Document were original Notarized, certified, authenticated from U.S State Department in Washington DC / U.S Embassy in Mali, and exemplified by the Secretary of CA State to know Mr. Bapanizi is defrauding a valid Marriage And a valid Divorce Decree, because on 1-28-2003 He went back to Mali to collect a second set of Divorce He used to receive a Divorce Decree, SB Family Court knowing Divorces are filed in Hall of Record, not in County Superior Court. And no one Divorce the same Woman Ms Caroline Musabe his Accomplice Twice. There is no price to life.

Thanks for your considerations. Beatrice Uwamanya

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 10-9-2024

Sign: *Beatrice Uwamariya*
Print Name: BEATRICE M. UWAMARIYA
Plaintiff in pro per